NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


DEBORAH A. ZOMERMAAND, )
 )
  Petitioner, )
 )
v. )  Case No. 2D17-4444
 )
CITY OF TAMPA, and STATE STREET )
HOMES III, LLC, )
 )
  Respondents. )
_____)

Opinion filed March 28, 2018.

Petition for Writ of Certiorari to the Circuit
Court for Hillsborough County; Cheryl
Thomas, Judge.

Deborah A. Zomermaand, pro se.

Kristin M.T. Mora, Assistant City
Attorney, and Robin Horton-Silverman,
Assistant City Attorney, Tampa, for
Appellee City of Tampa.

No appearance for Appellee State Street
Homes III, LLC.


PER CURIAM.


   Dismissed.


KELLY, SLEET, and ROTHSTEIN-YOUAKIM, JJ., Concur.